JAMES A. PRATT
TDCJ # 1295748
J.V. ALLRED UNIT
2101 FM 369 N.
IOWA PARK , TX.
76367 - 6568

WU 549-04

COURT OF CRIMINAL APPEALS
ATTN. COURT CLERK
P.O. BOX 12308
CAPITAL STATION
AUSTIN, TX. 78711

OCTOBER 25, 2015

RE: INDEX PAGE (S) W04 - 01730 - S (B)

Dear Court Clerk,

Would you please send me some copies of (District Clerks Index page(s) that were filed with my 11.07 application ?

Thank You !

*James A. Pratt # 1295748*

RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 03 2015
Abel Acosta, Clerk